In Re Michael SHARP.

No. 2010–1148.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2010.

John S. Egbert, Egbert Law Offices, of Houston, TX, argued for appellant. With him on the brief was Kevin S. Wilson.

Thomas V. Shaw, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Benjamin D.M. Wood, Associate Solicitor.

**502**

LINN, CLEVENGER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**